

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 6, 2020

**BY ECF**
Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

      Re:    <u>**United States v. Kevin Christopher, 20-mj-10667**</u>

Dear Judge McCarthy:

    The Government respectfully requests that the currently sealed complaint in the above referenced case be unsealed.

                                    Respectfully submitted,

                                    AUDREY STRAUSS
                                    Acting United States Attorney for the
                                    Southern District of New York

                         by:  /s/ T. Josiah Pertz
                              T. Josiah Pertz
                              Assistant United States Attorney
                              (914) 933-1966

SO ORDERED:

_/s/ Judith C. McCarthy_    10/6/2020
JUDITH C. McCARTHY
United States Magistrate Judge