# Federal Defenders
## OF NEW YORK, INC.

81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

Southern District

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

November 17, 20120

**VIA ECF**

Magistrate Judge Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

Re:   **United States v. Kevin Christopher**
      **20 Mag. 10667 (UA)**

Honorable Judge Davison:

    I write to respectfully request that this Court allow Mr. Christopher to move to Connecticut with his wife. On October 6, 2020, Mr. Christopher was presented on a complaint before this Court. He was released on an unsecured bond of $2,000, signed by two FRP, with travel restricted to the Southern and Eastern Districts of New York and the standard conditions of release. One of the co-signers, his daughter, Ms. Munnery, resides in the multi-family house where Mr. Christopher hopes to move. Since his release, Mr. Christopher has been in full compliance with his bail conditions and has reported to Pretrial as directed.

    Mr. Christopher is relocating out of respect for his adult children as there isn't enough space for the seven of them in their current residence in Mount Vernon. In Connecticut, Mr. Christopher will be living just a floor below his daughter, Ms. Munnery. The new address is 50 Summer Street, Waterbury, CT 06704. The Government consents to this request and Pre-trial Officer, Winter Pasquale, has no objection. We thank the court in advance for your kind consideration of this matter.

Respectfully submitted,

/s/
Susanne Brody

cc:   Josiah Pertz, AUSA
      Winter Pasquale, PTO
      Mr. Kevin Christopher

SO ORDERED:

*Judith C. McCarthy*   11-18-2020
JUDITH C. McCARTHY
United States Magistrate Judge