UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

United States of America

             -against-

Kevin Christopher,

                         Defendant.
-------------------------------------------------------------x

**SCHEDULING ORDER**

20-mj-10667 (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

A telephonic arraingment before Magistrate Judge Krause is hereby scheduled for

**Monday, March 8, 2021, at 10:00 a.m.**

Members of the public who are interested in attending this proceeding may do so by dialing in to the teleconference line. To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.

Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: March 2, 2021
       White Plains, New York

                                                      **SO ORDERED.**

                                                   ANDREW E. KRAUSE
                                                   United States Magistrate Judge